# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nationwide Insurance Company of America, *Plaintiff,* v. Francis W. Schiavo, *Defendant.* | CIVIL ACTION NO. 25-650 |

## ORDER

**AND NOW**, this 11th day of April 2025, upon consideration of Francis Schiavo's Motion to Dismiss (ECF No. 6), and Nationwide's Response (ECF No. 11), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.