# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>FRANCIS W. SCHIAVO,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 25-650 |

# ORDER

**AND NOW**, this 26th day of August 2025, upon consideration of plaintiff Nationwide Insurance Company of America's Motion for Summary Judgment (ECF No. 23) and Defendant's Response (ECF No. 26), it is **ORDERED** as follows:

1. Plaintiff's Motion is **Granted** and judgment shall be entered in favor of Nationwide Insurance Company of America.

2. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.